[No. 57342-0-I. Division One. February 12, 2007.]

CHUI HSIUNG WANG ET AL., *Respondents*, v. TAN-E, LLC,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-03210-5, Gregory P. Canova, J., entered November 8, 2005. *Dismissed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 57466-3-I. Division One. February 12, 2007.]

KATHRYN L. CHESTER, *Appellant*, v. DAVID BRASFIELD ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 04-2-13148-1, Linda Lau, J., entered October 31 and December 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57506-6-I. Division One. February 12, 2007.]

OHIO CASUALTY INSURANCE COMPANY, *Respondent*, v. FRANK GORDON LOGAN, *Individually and as Personal Representative*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-19391-3, Nicole MacInnes, J., entered December 1, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Dwyer, JJ.